THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **05-56291** |
| **GEORGE LEE JR** | ) | |
| **JOANNA LEE** | ) | MARILYN SHEA-STONUM |
| | ) | BANKRUPTCY JUDGE |
| Debtor(s) | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **George Lee Jr. & Joanna Lee**
   **Amount - $356.75**
   **Check No. 712497**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $356.75 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **11/13/2009**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

*Check 728618*
*# 81066*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**GEORGE LEE JR**  
**995 COURTLAND**  
**AKRON, OH 44320**  
**(Via Regular Mail)**

**JOANNA LEE**  
**995 COURTLAND**  
**AKRON, OH 44320**  
**(Via Regular Mail)**

**MORRIS H. LAATSCH, ATTORNEY (via ECF)**

**(via Regular Mail)**

Date of Service: **11/13/2009**      By: **JoAnn Romig**  
                                     Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com